

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00059-CR
No. 07-20-00060-CR

**LARRY DARNELL BLAYLOCK, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court Nos. DCR-5894-19 & DCR-5962-19, Honorable Felix Klein, Presiding

February 27, 2020

## MEMORANDUM OPINION

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Pursuant to plea bargain agreements, appellant Larry Darnell Blaylock was convicted of two counts of manufacture or delivery of a controlled substance.[1] He was sentenced to twenty years' confinement in trial court cause number DCR-5894-19 and to twenty-five years' confinement in cause number DCR-5962-19, with the sentences to run concurrently. The trial court's certifications of appellant's right of appeal reflect that

---

[1] TEX. HEALTH & SAFETY CODE ANN. § 481.112(d) (West 2017).

appellant's cases are plea-bargain cases with no right of appeal and that appellant has waived the right of appeal. TEX. R. APP. P. 25.2(a)(2), (d). Notwithstanding the certifications, appellant filed notices of appeal challenging his convictions.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record . . . ." By letter of January 28, 2020, we notified appellant of the consequences of the certifications and invited him to file amended certifications showing a right of appeal or demonstrate other grounds for continuing the appeals by February 7. Appellant has not responded to the Court's letter to date.

Accordingly, the appeals are dismissed. TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.